In The United States District Court

For The Northern District of Illinois

Eastern Division

| | | |
|---|---|---|
| **Jeffrey Dunn** | ) | |
| | ) | |
| Plaintiff | ) | Civil action No. |
| | ) | |
| Vs. | ) | 1:25-cv-08982 |
| | ) | Judge Jeremy C. Daniel |
| | ) | Magistrate Judge Laura K. McNally |
| **Pace suburban bus service,** | ) | Random/Cat 2 |
| **Benefits Express LLC, Coghlan Law LLC,** | ) | |
| **Frank and Gecker LLP, and** | ) | |
| **Eric J. Friedman COB and Exec Partner** | ) | **RECEIVED** |
| **And Patrick Fitzgerald partner of** | ) | |
| **Skadden Arps, Slate, Meaghen & Flom LLP** | ) | JUL 3 0 2025 |
| Defendants | ) | THOMAS G. BRUTON<br>CLERK, U.S. DISTRICT COURT |

Now comes Plaintiff Jeffrey Dunn, a former employee of Pace Suburban bus service AKA Pace and a prose litigate. Plaintiff is hereby filing this lawsuit against Pace suburban bus service, benefits express, Coghlan law LLC, Frank and Gecker LLP, and Eric J. Friedman CEO and Exec Partner and Patrick Fitzgerald partner of Skadden Arps, Slate, Meaghen and Flom LLP for Civil Rico under 18 USC Section 1962 (c) And retaliation. These parties illegally demanded and created a path to get Plaintiffs Medicare coverage information and prescription drug coverage information and or obstructed justice to help Pace Suburban Bus Service. This Nepotism RICO network illegally got information on behalf for pace suburban bus service. All parties used mail and or wire fraud while providing a fraudulent OMB number 0938-0990 (That being Pace suburban bus service and benefits Express). Also, Coghlan Law LLC was demanding plaintiff and plaintiff's wife to provide Medicare coverage information and accusing plaintiff of insurance fraud. on July 30th, 2023, plaintiff was involved in a hit and run accident where plaintiff was T boned in the middle of the

intersection. Plaintiff went to Ingalls Memorial Hospital For medical attention. Ingalls asked plaintiff to provide plaintiffs automobile

insurance card and then plaintiff was provided medical attention in the emergency room by a triage nurse and doctor, but to plaintiff's surprise Plaintiff received letters three days Later from Coghlan law LLC demanding plaintiff's Medicare Insurance provider number and accused plaintiff of insurance fraud. The second letter was implying plaintiff may owe a penalty and was threatening to cut off Plaintiff's present benefits and future claims if plaintiff did not provide plaintiff's Blue Cross Blue Shield PPO information and or Medicare red, white and blue card number.

Plaintiff contacted the Families Blue Cross Blue Shield customer service again carried by plaintiff's wife Sylvia with the Chicago Board of Education, the Chicago Board of Education's benefits plan administrator. All three parties told Plaintiff no one was hired to collect on such a new claim that was only three days after the hit and run accident. This honorable court must recognize that Plaintiff does not believe this is a coincidence. Former prosecutor John Coghlan refused to prosecute Pace Suburban Bus Service's mental health expert (Alan F. Friedman), and now Plaintiff is in the crosshairs of Coghlan law LLC relatives to former prosecutor John Coghlan.

Plaintiff must reiterate to this honorable court that because of Plaintiff's inquiries to attorney Gecker and attorney Frank, Plaintiff is being retaliated against again. Plaintiff hopes this honorable court can understand that Plaintiff is trying to right a wrong and stop this nepotism Rico Network from violating Plaintiff and Plaintiff's family again. Plaintiff praises that this honorable court can follow the patterns and premeditated Hateful retaliation planed by all these Rico participants that being Pace Suburban Bus Service, Benefits Express, Coghlan law LLC, Frank and Gecker LLP and Eric J Friedman and Patrick Fitzgerald of Skadden Arps, Slate, Meaghen and Flom.

Past and Present history

Jurisdiction and venue

Jurisdiction Exist Pursuant to 28 U.S.C.

Section 1331.

Venue is proper Pursuant to 28 U.S.C. 139(b)

18 U.S.C. Section 1961(1)

RICO

18 U.S.C. Sections 1341, 1343 Mail fraud and Wire fraud,1503 Obstruction of justice, 1513 retaliating against a witness, Victim or whistleblower, 201 Relating to bribery, 1951 Relating to interfering with commerce robbery or extortion (Pace robbed Plaintiffs HMO), 1952 Relating to racketeering ,1029 Related to fraud and related activity in connection with access devices

**Present history**

1. After Plaintiff left countless messages with Plaintiff's appointed attorney Francis Gecker (from the law firm Frank and Gecker). Plaintiff asked the question, was she and her partner a conflict of interest when Judge Filip appointed her as Plaintiff's counsel? This was mentioned in January of 2021(Attorney Francis Gecker Refused to respond to countless voicemail messages) and continued through late summer of 2024. One party responded to Plaintiff's questions (that being attorney Frank). Mr. Frank gave Plaintiff choice words and stated who do you think you are?

   (A Rico claim can also be predicated upon the violation of many federal criminal statutes. The federal Crimes related to several areas Including obstruction of justice.)

2. Shortly thereafter Plaintiff received a letter from Benefits express on behalf of Pace suburban bus service after December 15th, 2021.

   (The letter establishes retaliation and Mail fraud)

   (see exhibit  1  )

   Plaintiff filed a Freedom of information act requests appeal #1535109-000 on May 9th, 2022. Plaintiff wanted to get information about the former director Leonard Sherman Regarding why He did not prosecute Alan F. Friedman

(See exhibit  2  )

3.  In January and February of 2023 plaintiff called the Illinois Department of professional regulation to ask about Plaintiff's filed complaint Against Dr Alan Friedman. I was told the case was closed and no new information was found.

4.  Soon thereafter, Plaintiff tracked down former director Leonard Sherman (he was now an assistant Warden of a jail) he refused Plaintiff's request to waive his privacy rights when it came to the deal, he made with the US Attorney's Office(Patrick Fitzgerald) and the FBI. He did not want to tell Plaintiff what criminal acts former Governor Ryan instructed him to do to protect Governor Ryan's son in law Prosecutor John S Coghlan. Plaintiff needed him to verify that prosecutor John S Coghlan refused to prosecute Dr. Alan F. Friedman, at that time plaintiff did not know that director Sherman was a relative of Melinda J Metzler, plaintiff's former boss (Plaintiff believes this non-Action was obstruction of justice which violated Plaintiff's civil rights.

(RICO Is established when a crime within a crime has occurred.)

5.  Plaintiff was involved in a hit and run car accident, an unknown individuals T boned plaintiff in the middle of an intersection at 103rd and Halsted. They ran away on foot, but this occurred on July 30th, 2023. three days later plaintiff and plaintiff's wife received letters from Coghlan Law LLC threatening to cut off Plaintiff's and Plaintiff's wife's Blue Cross Blue Shield PPO medical plan benefits and wanted Plaintiff to provide current identification numbers to Plaintiff's present plan that being Medicare PPO medical and drug plans. Plaintiff would like to let this Honorable court know, Plaintiff went to Ingalls Memorial Hospital for medical attention, the intake person informed Plaintiff the only thing she needed was Plaintiff's automobile insurance card and identification. She informed Plaintiff the bill would be paid through that method. Here we have a crime within a crime, whereby this RICO-Network is going around HIPPA to get access to Plaintiff's medical ID number on my Medicare PPO card, Plaintiff believes that Coghlan Law LLC wanted to relay back to Pace so that they can start generating falsified mental health records again on Plaintiff. (see exhibit 3)

(The mail and wire fraud statutes essentially make it criminal for anyone to use the mail or wires in furtherance of a scheme to defraud. Note the fraudulent Statements themselves need not be transmitted by mail or wire; it is only required that the scheme to

defraud be advanced, concealed or furthered using the US mail or wire See 18 USC section 1341, 1343. American Dental Association versus Cigna Corporation, 605 F.3d 1283, 1292 (11th Cir. 2010) (" A plaintiff must allege that some kind of deceptive conduct occurred in order to plead a Rico violation predicated on mail fraud")

The deceptive Conduct Pace and Benefits Express Participated in, first they both believe Plaintiff still works for Pace Suburban Bus Service. The second thing they have obtained an illegal OMB number which gives them the right to gather information and put information in MIB files (Medical information bureau files), and third to relay this information to only a certain participant (Sandra Gonzalez relative to Attorney Richard J Gonzalez) in the HR Department of Pace Suburban Bus Service, the only person willing to carry out the deceptive practice. Plaintiff must let this honorable court know that Attorney Richard J. Gonzalez refused to take Plaintiff's retaliation case and or hostile workplace case in the past and for doing that favor Plaintiff believes a job was offered and or a job was protected. Plaintiff believes Sandra Gonzalez is the only Person in HR that Pace can trust to receive documents from Benefits Express using this fraudulent OMB number and falsely believing that Plaintiff still works for Pace Suburban Bus Service.

(see exhibit 4and 1)

6. In Mid-August Of 2023, Plaintiff contacted Chicago Public Schools, their benefits director and Blue Cross Blue Shield all of them told Plaintiff there was no collection activity. Ingalls hospital was satisfied when plaintiff gave auto insurance card. Plaintiff does not believe this is a coincidence Plaintiff believes the Coghlan family is trying to protect former prosecutor John S Coghlan.

7. Plaintiff just learned on or about November 17th, 2023, that Mr. Adam Kerman was appointed to the Pace Citizens Advisory Board In 2005 shortly after Plaintiff's hostile workplace and retaliation cases were closed (see exhibited 5).

Mr. Adam Kerman's specialty is creating and managing database information for companies. These databases include but not limited to, medical records mental health records MIB files that being medical information bureau files. Also, your honor, Plaintiff must bring to the attention to the court that Plaintiff was ordered by Pace Suburban Bus Service to sit in front of a psychotherapist by the name of Miss Ariel Kerman for roughly seven months to keep my job. During that time Plaintiff and Plaintiff's wife and three children ages 11, 9 and a newborn had to live on roughly $600 per month while they created mental health findings to defend themselves then and in the future. Plaintiff further

believes that this Rico network is updating records for self-serving reasons to protect Pace Suburban Bus Service, Melinda J Metzger (Executive director of pace) and any other part of this Rico network may they be through nepotism, repaying a favor and just more pay to play Network Activity.

At this time, Plaintiff would like to remind the court that Plaintiff served a federal subpoena on the Illinois Department of Professional Regulation's Director Leonard Sherman. Shortly thereafter receiving Federal subpoena, Mr. Sherman ran to the FBI and US Attorney's office (Patrick Fitzgerald) to make a deal regarding Criminal activity During Governor Ryan's tender. Plaintiff was asking for records Involving prosecutor John S Coghlan (Son in law To Governor Ryan) who was refusing to prosecute or just suspend the license of psychologists Mr. Alan F. Friedman (Psychologist working on behalf Of Pace Putting fraudulent mental health findings on a federal complaint). (see exhibit 6)

At first Plaintiff just wanted to get back pay, but Plaintiff later learned these mental health records went across the State and country on medical information bureau files (MIB Files). All parties have committed mail fraud and wire fraud in creating fraudulent mental health records on medical information bureau files across this country. (See exhibit 7)

Your honor, regardless of whether a Rico claim is predicated upon state or federal criminal violations or a combination of both, the defendant need not be criminally convicted before a civil plaintiff can sue for damages under Rico. Sedima,S.P.R.L. v Imrex Co., 473 U.S.479,493 (1985). The statue requires only that the criminal activities are

" Chargeable" Or "indictable" Under State or Federal law Not that the defendants have already been charged or indicted. 18 U.S.C. section 1961(1)

8. Benefit Express Instructed Plaintiff To send Plaintiff's Medicare information to Pace HR and directing it to a specific person in HR that being Sandra Gonzalez. Your honor Plaintiff believes this is the only person in HR At Pace Suburban Bus Service that Melinda Metzger and her council Nancy Carroll Zimmer Can trust to receive these documents under fraudulent pretenses.

Plaintiff wants to bring to the court's attention, Attorney and professor Mr. Richard J Gonzales refused to take Plaintiff's retaliation Title 7 case and hostile workplace case In August of 2000. (see exhibit 8) Plaintiff believes this favor secured Sandra Gonzalez's job. (Another pay to play still moving forward in 2024), ( see exhibits 1 and 8 )

Plaintiff believes this to be an act of Mail fraud.

9. Plaintiff would like to bring to the court's attention Plaintiff's wife's case Sylvia Dunn versus La Salle Partners Limited. Plaintiff and Plaintiff's wife Discovered that her attorney Norman Ruber placed a federal Right to Sue notice In the Circuit Court of Cook County Hoping Plaintiff's wife's case would die there. One of the corporate attorneys for Lasalle Partners limited was a relative to Plaintiff's boss executive director Melinda J Metzger. In reading Norman Ruber's Corporate biography, He and his associates specialize in using MMPI 1 and MMPI 2 Test In their practice to make people mentally unfit may it be for custody cases, discrimination cases etc. This multiple-choice test ruins lives and was used by mental health advisor Alan Friedman. Shortly after my title 7 retaliation case and hostile workplace cases were dismissed Norman Ruber became a partner in his firm in 2005. Plaintiff just learned this on or about May 2023. Anyone that helps Melinda J Metzger gets rewarded. This pay to play Rico Network takes care of its own. (See exhibit 9)

10. Plaintiff at this time Totally believes attorney Francis Gecker was more interested in protecting the integrity of family members of her partner attorney Frank. Plaintiff believes, he is an in- law and or a past business partner of the Metzger family for decades. Attorney Francis Gecker was not interested in protecting the rights of her client the Plaintiff. Attorney Gecker never disclosed any conflicts of interest that would have disqualified her in being Plaintiff's attorney. The actions of attorney Gecker and attorney Franks proves that they knew they were a conflict of interest and acted to obstruct justice Involving the case of Dunn v Pace Suburban Bus Service (case# 00-C-6515). Your honor the bottom line after plaintiff contacted Frank and Gecker(from Jan. 2021 to late summer of 2024 ) and asked the loaded questions of conflict, they in turn contacted Pace Suburban Bus Service. Then Pace contacted benefits express under false pretenses Implying Plaintiff still works for Pace suburban bus service. Then Benefit express (on behalf of Pace Suburban Bus Service) having acquired an OMB number fraudulently generate a path through me and without me to get Plaintiff's Medicare Information Medical and prescription Plans numbers and let us not forget a free path to write fraudulent mental health findings on all medical information bureau files again.     (See exhibit 10)

11. Your honor please allow Plaintiff to go a little further. when plaintiff brought the question to attorney Francis Gecker asking her to respond if she was a conflict of interest. During that time attorney Patrick Fitzgerald retired from his partnership position at his law firm. I asked this honorable court, did someone from this nepotism Rico Network Inform Attorney Fitzgerald that plaintiff was inquiring and trying to verify Family ties and conflicts?

12. And finally, your honor, when plaintiff called attorney Frank to ask the loaded questions

a.) Are you attorney Frank a relative and or an in-law To Melinda J. Metzger?

b.) Is it true that your family has been in business with the Metzger family for decades?

During that same week Chairman and Executive Partner Eric J. Friedman stepped down from both of his positions at the law firm of Skadden Arps, Slate, Meaghen and Flom LLP and Affiliates.

These two knee jerk reactions leads Plaintiff to believe that someone contacted attorney Fitzgerald and attorney Friedman. Also, this nepotism RICO network believes they are above the law. There pay to play attitude and favor for a favor practice validates that this was obstruction of justice In the Dunn versus Pace Suburban Bus Service case.

(All of these actions prove Retaliation, Mail fraud and wire fraud and obstruction of justice. Crimes within a crime demands Civil Rico)

13. Plaintiff mentioned earlier that Coughlin law LLC mentioned that they would cut off the use of Plaintiff's Blue Cross Blue Shield card if Plaintiff did not give them Plaintiff's Medicare red, white and blue number or Medicare ID numbers. As of December 22nd, 2024, Plaintiff has received a back dated bill from UChicago Medicine Ingalls Memorial Hospital. Where Plaintiff's Automobile Insurance card paid nothing, Plaintiff now owes $7027.01 for services a year ago. Plaintiff would like to ask the court, why is Coughlin law LLC not aggressive in collecting a year-old Debt of over $7000 leaving Ingalls Memorial In a lurch? And who went in the medical database canceling out Plaintiffs Form of Payment. May that payment be plaintiff's Updated Blue Cross Blue Shield Card or plaintiffs automobile insurance card .This is an example of threats made threats executed. This Rico Network constantly goes into medical databases to financially ruin people.(see exh. 4 )

Retaliation In crimes against a federal complaint demand civil Rico

14. Plaintiff wants to let this honorable court know this was only the tip of the iceberg. After plaintiff handed in two obituaries of Plaintiff's two older sisters that died to Pace Suburban Bus Service to receive bereavement pay for time off. Plaintiff noticed a high number of plaintiff's nephews and nieces and other family members losing their jobs across this country. Plaintiff wanted to believe back then that it was just a coincidence. After leaving pace years later plaintiffs oldest son got a job at ACLU head of digital marketing. Another company desperately wanted to hire him away from ACLU. About six months later one of the partners took Plaintiff's son to lunch and fired him. Upon Plaintiff's son returning to the office the second partner Yelled to Plaintiff's son across the office and said sorry we had to do that the day before your birthday and laughed in his face. This led plaintiff to believe this was a bait and switch as they humiliated Plaintiff's son. He was replaced with two full-timers and a part timer to do the work Plaintiff's son was doing. Plaintiff decided to do a skip trace into the background of that second boss. Her background led to New York and back to Chicago. Plaintiff's private investigator left plaintiff perplexed when he gave Plaintiff a list that showed family members and several parties listed in this lawsuit to be connected to the Chicago Rabbi Council. Who was using the rolodex and this list to go after Plaintiffs' family? This 2015 list was taken down off Google and Bing and every social Media network.

(see Exhibit 11)

15. The last link in the chain of corruption leads us to the white man that was on Plaintiff's bus that gave Plaintiffs bananas and graham crackers (Treating Plaintiff like a chimpanzee or gorilla as he laughed getting off the bus). Pace Suburban Bus Service insisted that the identity of this individual was board member Bill Welton. But, as of July 15th, 2024, after looking at the Chicago Rabbinical list, Plaintiff learned the identity of Melinda J Metzler's husband and seeing his face. Plaintiff now knows this was Mr. Alan Goldberg harassing Plaintiff on bus . As Plaintiff looked deeper into Mr. Alan Goldberg's background and his social media, Plaintiff learned and believes he harbors hate toward African American People. (see Exhibit 12) The false identification helped pace when a summary judgment against plaintiff

Plaintiff wants to bring to the attention of the court that hating Plaintiff is not against the law, but when Mr. Goldberg acts on it and recruits' people from the Chicago Rabbi Council list of families to do harm to the Dunn family here in Chicago and across the Country, then that's a problem. Also, when looking at Melinda J. Metzger's affidavit she states, "I have never retaliated against Jeffrey Dunn." But after reading the confidential Fax in Plaintiff's Personnel file from Mr. Peter R. Kommer (Reginal Manager) Basically saying do it again, sending Plaintiff back to the Psychologist and Psychiatrist. Mr. Komar is asking for Direct

advice in question 4" How long would Plaintiff not be able to drive a bus Temporary or permanently No direct answer "(see exhibit 15)

Retaliation and obstruction of justice are crimes within a crime which warrants Civil Rico.

## Past History

1. On or about July 1994 continuing through July of 1996 Plaintiff and Plaintiff's wife complained to the US attorney's office that Plaintiff's wife's Federal case was being obstructed from being filed in federal Court. Her case was wrongfully filed in the Circuit Court of Cook County. Plaintiff's wife continuously hired than fired attorneys that were refusing to put in evidence proving malice and reckless indifference in her title 7 case against her former Job (Sylvia Dunn versus La Salle Partners Limited Case number 95C2706) Plaintiff's wife's case was dismissed In November of 1996

2. Judge Mark Filip Was appointed to the us attorney's office 7th circuit Northern District of Illinois in 1995 through 1999

3. Roughly a year and a half later, (Feb. of 1998) Plaintiff is taken off his job By Pace suburban bus service and ordered to sit in front of a psychologist by the name of Alan F. Friedman. This psychologist creates a fictitious fraudulent mental health condition to lock Plaintiff out of Plaintiff's job after Plaintiff's wife's case was dismissed. Plaintiffs noticed that Pace Suburban Bus Service was paying for all the services using Plaintiffs HMO card, this was generating mental health records on Plaintiff's medical Information bureau file or MIB file. Amalgamated Local 1561 also was not paying for any psychological opinions. According to the collective bargaining agreement Pace and amalgamated union were

supposed to pay all mental health opinions. They ripped off the HMO. This was not voluntarily. Plaintiff continued to complain to the US Attorney's office, and nothing was done through the end of 1998 Roughly. (Section1951 pertains to interfering with commerce Robbery or extortion) These are crimes within a crime which demand civil RICO.

4. Assistant US Attorney Mark Filip returned to private practice to defend white collar criminals from 1999 to 2004. He was a Partner at Skadden Arps, Slate, Meagher and Flom LLP and Affiliates. His boss Executive Partner and COB Eric J. Friedman who was a relative to Alan Friedman (the psychologist that wrote fraudulent mental health records on plaintiff). Attorney Friedman Recruited and hired assistant US Attorney Mark Filip. AKA Judge Mark Filip never disclosed this conflict of interest after returning to the 7th circuit as Plaintiff's judge on the case of Dunn versus Pace Suburban Bus Service. With this newfound knowledge, Plaintiff believes Judge Filip should have been disqualified. Plaintiff learned this information on November 8th of 2024.

Plaintiff was finally returned to work After a second round of fraudulent findings were overturned in May of 2003. Additional fraudulent mental health records were filed on Plaintiff's medical information bureau files. These records were generated though the Rush Prudential HMO card. Plaintiff wants the court to know Plaintiff never had HMO Only PPO With Blue Cross Blue Shield for 99% of the time during Plaintiff's employment. Plaintiff believes they could only do this Fraudulent Activity Through this Rush Prudential network. Plaintiff wants to add nothing was done as Plaintiff continued to complain to Assistant US Attorney Patrick Fitzgerald.

5. On or about January 2004 Plaintiff discovered that Judge Wayne R. Andersen (Dunn versus Pace Suburban Bus Service) was collecting a pension from Plaintiff's wife's former employer La Salle Partners Limited who she sued for race Discrimination. Judge Anderson never disclosed this conflict but did chop down the case dismissing Alan F. Friedman as a defendant and other codefendants along the way. (See exhibit 13)

6. In 2004 Judge Filip announces in open court that he has been appointed by President George W Bush To get rid of my case as well as several others in the 7th circuit.

7. Plaintiff requested from Judge Filip that Plaintiff be granted an attorney to assist Plaintiff, He said yes but refused to let Plaintiff pick the attorney. Judge Filip then appointed

Attorney Francis Gecker (A bankruptcy attorney) To litigate plaintiff's title 7 and hostile workplace cases. Now plaintiff Looks deeper into the law firm Of Neil Gerber and Einberg the firm Judge Filip chose. Plaintiff learns Attorney Gecker does not work for that firm and both firms Frank and Gecker work exclusively for corporate America. (see exh.10)

8. Judge Filip negotiated in court a forced preliminary settlement Between Plaintiffs and Pace Suburban Bus Service. Plaintiff was to receive $1000(not the $30,000 back pay), plaintiff was to abide by a gag order and pace was to give Plaintiff a letter stating that Plaintiff was never found to be mentally unstable and never took psychotropic medications while employed at Pace Ever. (see exhibit 14)

9. Plaintiff received a revised version of the settlement From Attorney Francis Gecker and Pace Suburban Bus Service. Now, pace offers plaintiff $10,000 and wants Plaintiff to sign away any Future rights against pace, all parties and offers unemployment in return for Plaintiff to resign. Also, Pace wants to enforce the gag order and wanted Plaintiff to destroy all documents received during discovery including Plaintiff's personnel File.
(see exhibit14)

10. January 2005 Attorney Francis Gecker did not inform Judge Filip of the situation. Pace Suburban Bus Service changing the terms of the settlement, therefore judge Filip enforced the summary judgment against Plaintiff and denied Plaintiff's due process.

11. Plaintiff Complained to the Assistant US Attorney Patrick Fitzgerald nothing was done.

12. Plaintiff returned to work getting bad reviews every other year. This was to keep pressure on plaintiff if Plaintiff gets two bad reviews in a row you are terminated. Also, Plaintiff was denied promotions constantly. On July 2nd, 2010, plaintiff decided to resign feeling Humiliated.

In March of 2008 I guess for a job well done President George W. Bush rewarded Judge Filip the position of Deputy US Attorney General and he became for less than one month Acting US Attorney General.

13. Less then two years later after Plaintiff left Pace, US attorney Patrick Fitzgerald is recruited and hired by Attorney Eric J. Friedman (Relative to Alan F. Friedman the psychologist that put mental health findings on Plaintiff) The Executive Partner and COB Of Skadden Arps, Slate, Meaghen and Flom LLP the New York office where Assist US Attorney Patrick Fitzgerald is from. The same can be said about Judge Filip aka asst US Attorney Filip, he too was recruited by Attorney Eric J. Friedman. Plaintiff believes Attorney Friedman protects white collar criminals from both sides of the bench Including Protecting his relative psychologist Alan F. Fredman. Plaintiff learned all the above on or about 7-15-24 (See exhibit 13)

In closing, Plaintiff realizes that President George W Bush has executive privilege even after appointing Judge Filip to Plaintiff's case. But Judge Filip never disclosed that he worked for a family member of the Friedman family. Also, plaintiff believes Judge Filip purposefully appointed Attorney Gecker (Of the law firm Frank and Gecker) While Attorney Frank also was in the business of protecting Melinda J Metzler and the Friedman families. Again, Plaintiff must reiterate to the court that attorney Frank is an in law to the Metzger family and was in business for decades with that family. And finally, Plaintiff must reiterate that The Frank family is listed On the Chicago Rabbinical Council List, This List Of families are Recruited to harass the Dunn family and countless other families across the country through their nepotism network. Plaintiff wholeheartedly believes this pattern of retaliation and recruitment process is not a coincidence. Plaintiff wants this honorable court to look at exhibits 11 and exhibits 12. The social media Of Melinda J Metzger's husband Alan Goldberg speaks volumes. The hateful venom spilled out of the mouths of these rabbis leaves Plaintiff speechless. (exhibit 12) I am hopeful that the court will now believe Plaintiff After Plaintiff received this information on or about July 15th, 2024.

The Supreme Court has advised that in the face of executive privilege, or some forms of immunity plaintiff must establish that there was a violation of constitutional right. Plaintiff had a constitutional right to a fair trial with no conflicts of interest. That constitutional rights Which clearly were established at the time violations in the past and in the present. See Saucier v. Katz, 533 U.S. 194, 201, S. Ct. 2151, 150 L. Ed. 2d 272 (2001) (Instructing the federal courts to turn to the existence or nonexistence of constitutional right as the first inquiry. Plaintiff now believes with all parties violating Plaintiffs' constitutional rights All

violations should be tolled together. Plaintiff prays this honorable court looks at the conflict of interest, the Deceptive practices Over the years, the inaction of the Assistant US Attorney Fitzgerald and assistant US attorney Filip, Conflict of interest surrounding AKA Judge Filip, and the refusal of attorney Gecker and attorney Frank to respond to plaintiff's questions Regarding conflict of interest. And finally, the gatekeeper of justice Assistant US Attorney Patrick Fitzgerald retiring Immediately After plaintiff questioned Attorney Gecker And attorney Friedman Stepping down from his two positions (Chairman of the board and executive partner of his law firm) as plaintiff question attorney Frank that same week. Plaintiff believes this proves the existence of a functioning RICO Network.

Finally In closing plaintiff wants to remind the court that Coghlan LLC Threatened to cut off the use of plaintiffs Blue Cross Blue Shield benefits Card. At the same time Larry Disparti, Plaintiff's personal injury attorney did not pay Ingalls Hospital medical bill Of Over $7000. This bill is lingering on ruining plaintiff's credit. Plaintiff believes all parties want plaintiff to commit insurance fraud by using my Up to date and current Blue Cross Blue Shield card To pay the outstanding balance. That should have been paid from Plaintiff's automobile insurance card. Plaintiff wants to bring to the attention of the court the general counsel of Larry Disparti law attorney David C Thomas. He also refused to take plaintiffs case against pace suburban bus service. As the Plaintiff stated throughout this complaint, Plaintiff does not believe in coincidences. Plaintiff Does not understand why attorneys purposefully make mistakes on basic remedial math Forgetting to pay Outstanding medical cost. (Exhibit# 4)

Plaintiff would like to leave this honorable court with this statement. It is easy to prove you do not have HIV or Aids, but it is hard to convince two doctors that you are not on psychotropic meds Once they read it On a MIB File as Plaintiff lies on an operating table waiting for the results of a blood test. But, what's even harder is trying to convince those same doctors that Plaintiff did not try to hurt myself when Plaintiffs boss just pushed Plaintiff on a load of steel beams. Then that same boss does not call for an ambulance but has a HR person take Plaintiffs to an urgent care Waiting in a large waiting room. Thank God for God's Grace and Mercy Plaintiff did not bleed out. Plaintiff wants to mention this Real-life occurrence in hopes that this honorable court Understands the seriousness of labeling a federal complaint in retaliation. Plaintiff may not have been exposed to a gas chamber but being put in front of prescription pads By Unsavory Psychologists and Psychiatrists Wanting to convince Plaintiff he has an illness that does not exist. As Plaintiff's wife stated," if you take those medications the Jeffrey Dunn I married would be gone." Your honor, November 10th will be 46 years married, protecting plaintiff's wife and family. But for Almost 30 of those years has been hell Dealing with this.

Judge Gotshal agreed it's a hostile working Environment, but your honor I no longer work there is it retaliation yet?

Plaintiff prays that this honorable court Grants Any and all damages deserving to Plaintiff including punitive based under the terms with malice and reckless indifference and reckless intent. Plaintiff further requests a jury trial of Plaintiffs peers. Plaintiff further hopes that this court can expedite this court proceeding given the past practices to obstruct justice Thank you

Jeffrey Dunn

7-30-25

From: Jeffrey Dunn

    20 Timberlane

    Matteson, Illinois

    60443